UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA LEATHERS,<br>               Plaintiff<br><br>v.<br><br>ABBOTT LABORATORIES, ET AL<br>               Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10297-RCL<br>)<br>)<br>)<br>) |

### RECUSAL ORDER

Because Abbott Laboratories was a client of the law firm of which I was a member, prior to my appointment to the bench, I hereby disqualify myself as to all matters pertaining to this case.

_____
United States District Judge

DATED: February 18, 2005