**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.   05-10297

Title: Paula Leathers v. Abbott Laboratories et al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge   Lindsay   has been reassigned to Judge   Keeton   for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   REK   .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Don Stanhope
Deputy Clerk

Date:   2/23/05

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                                 [ntccsasgn.]