UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

**PAULA LEATHERS,**

                **Plaintiff,**

        v.

**ABBOTT LABORATORIES, and**
**KNOLL PHARMACEUTICAL**
**COMPANY**

                **Defendants.**

---------------------------------------------------------x

Civ. No.  05-10297 REK

**MOTION TO EXTEND**
**LIMIT FOR SERVICE**

        Plaintiff, PAULA LEATHERS, by and through her undersigned attorney, STEPHEN L. RAYMOND, ESQ., moves, *ex parte*, for an extension of the time limit for service of the Summons and Complaint (Fed. R. Civ. P. 4(m)) for an additional 30 (twenty) days.  In support thereof, Plaintiff advises the Court as follows:

        Plaintiff has sought fit to file an Amended Complaint in order to narrow the defendants to the action; and, she now seeks to serve this Amended Complaint, together with the Summons upon the captioned out-of-state defendants.  Defendants will not be prejudiced by the allowance of this motion.

        WHEREFORE, Plaintiff respectfully requests an extension of the time limit for service of the Summons and Complaint up to and including thirty days from this date.

Dated:      Haverhill, MA
               June 24, 2005

                                                    PLAINTIFF
                                                    By her attorney,

                                                    LAW OFFICE OF
                                                    STEPHEN L. RAYMOND, ESQ.

                             By:    */s/ Stephen L. Raymond*
                                                  Stephen L. Raymond
                                                  3 Washington Square, Ste. 206
                                                  Haverhill, MA  01830
                                                  (978) 372-6590
                                                  BBO #567753