UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA LEATHERS,

    Plaintiff,

v.

ABBOTT LABORATORIES AND KNOLL PHARMACEUTICAL COMPANY,

    Defendants.

C.A. NO. 05-10297 REK

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter the appearance of Richard M. Zielinski of Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110, as counsel for Defendants Abbott Laboratories and Knoll Pharmaceutical Company in the above-captioned matter.

Respectfully submitted,

**ABBOTT LABORATORIES, AND KNOLL PHARMACEUTICAL COMPANY**

_Richard M. Zielinski_
Richard M. Zielinski (BBO #540060)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by mail upon attorney for plaintiff, Steven L. Raymond, Esq.

_Richard M. Zielinski_
Richard M. Zielinski

Dated: July 6, 2005

GSDOCS\1507547.1