UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA LEATHERS,

    Plaintiff,

v.

ABBOTT LABORATORIES AND KNOLL
PHARMACEUTICAL COMPANY,

    Defendants.

C.A. NO. 05-10297 REK

## STIPULATION TO ENLARGE TIME

The parties hereby stipulate that the time period within which the defendants may answer or otherwise respond to the Complaint in the above-captioned matter may be and hereby is enlarged to and including Wednesday, August 17, 2005.

Respectfully submitted,

| PAULA LEATHERS | ABBOTT LABORATORIES, AND KNOLL PHARMACEUTICAL COMPANY |
|---|---|
| *Stephen L. Raymond (R)* | *Richard M. Zielinski* |
| Stephen L. Raymond, Esq. (BBO #567753) | Richard M. Zielinski (BBO #540060) |
| LAW OFFICES OF STEVEN L. RAYMOND | GOULSTON & STORRS, P.C. |
| 3 Washington Square, Suite 206 | 400 Atlantic Avenue |
| Haverhill, MA 01830 | Boston, MA 02110-3333 |
| Telephone: (978) 372-6590 | Telephone: (617) 482-1776 |
| Facsimile: (978) 372-6596 | Facsimile: (617) 574-4112 |

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by mail upon attorney for plaintiff, Steven L. Raymond, Esq.

*Richard M. Zielinski*
Richard M. Zielinski

Dated: July 6, 2005

GSDOCS\1507555.1