# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS

PAULA LEATHERS

V.

ABBOTT LABORATORIES, BASF AG,
BASF CORPORATION, KNOLL PHARMACEUTICAL
COMPANY, GLAXOSMITHKLINE PLC,
SMITHKLINE BEECHAM d/b/a
GLAXOSMITHKLINE

SUMMONS IN A CIVIL CASE

CASE NUMBER:

  10297 RCL

TO: (Name and address of defendant)

ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, IL 60064-6400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

FEB 14 2005

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 28, 2005
I hereby certify and return that on 6/27/2005 at 2:00PM I served a true and attested copy of the Summons and Amended Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk,agent at the time of service for Knoll Pharmaceutical Company, at , 101 Federal Street, C/O CT Corporation Systems Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                               Deputy Sheriff