United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

August 5, 2005

District of Massachusetts
Office of the Clerk
1 Courthouse Way,
Suite 2300
Boston, MA 02210

Re: **MDL 1481 Meridia Products Liability Litigation**

| <u>Transfer of Civil Cases</u> | <u>MA#</u> | <u>OHN#</u> |
|---|---|---|
| **Leathers v Abbott Laboratories, et al** | 1:05-10297 REK | 5:05-8000 |

Dear Sir/Madam:

Enclosed is a certified copy (or copies) of Conditional Transfer Order (CTO-14) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable James S. Gwin is to preside over this litigation.

<u>**If case(s) has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case(s) is not available on the internet, please provide only complaint, pending motions with all briefs in support or in opposition and a certified copy of the docket sheet.**</u>

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

cc: MDL

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

August 5, 2005

District of Massachusetts
Office of the Clerk
1 Courthouse Way,
Suite 2300
Boston, MA 02210

Re: **MDL 1481 Meridia Products Liability Litigation**

| Transfer of Civil Cases | MA# | OHN# |
|---|---|---|
| **Leathers v Abbott Laboratories, et al** | 1:05-10297 | 5:05-8000 |

Dear Sir/Madam:

    Enclosed is a certified copy (or copies) of Conditional Transfer Order (CTO-14) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable James S. Gwin is to preside over this litigation.

    **If case(s) has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case(s) is not available on the internet, please provide only complaint, pending motions with all briefs in support or in opposition and a certified copy of the docket sheet.**

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _Renee Schumitsh_
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

cc: MDL



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 3 2005

FILED
CLERK'S OFFICE

2005 AUG -5 AM 10: 35

DOCKET NO. 1481

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MERIDIA PRODUCTS LIABILITY LITIGATION

Paula Leathers v. Abbott Laboratories, et al., D. Massachusetts, C.A. No. 1:05-10297

(NDOH 5:05-8000)

### CONDITIONAL TRANSFER ORDER (CTO-14)

On August 13, 2002, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 89 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable James S. Gwin.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Gwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of August 13, 2002, 217 F.Supp.2d 1377 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable James S. Gwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk